IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLT INTERNATIONAL CLOTHING, INC. d/b/a COLT LED,<br><br>       Plaintiff,<br><br>  v.<br><br>QUASAR SCIENCE LLC, CINELEASE, INC., SONY PICTURES ENTERTAINMENT INC., WARNER BROS. ENTERTAINMENT INC., and FOX CORPORATION,<br><br>       Defendants. | C.A. No. 22-cv-213-WCB |

CERTIFICATE OF SERVICE

  I, Dean Amburn, hereby certify that on June 30, 2025, a copy of Plaintiff's Objections and Responses to Defendant Quasar's Second Set of Requests for Production (Nos. 72-87) was served on the following via email as included in email addresses below:

 Benjamin J. Schladweiler (#4601)
 Renée Mosley Delcollo (#6442)
 GREENBERG TRAURIG, LLP
 222 Delaware Avenue, Suite 1600
 Wilmington, DE 19801
 Tel: (302) 661-7000
 schladweilerb@gtlaw.com
 Renee.Delcollo@gtlaw.com

 David M. Magee
 Karl T. Fisher
 GREENBERG TRAURIG, LLP
 One International Place, Suite 2000
 Boston, MA 02110
 Tel: (617) 310-6035
 david.magee@gtlaw.com
 karl.fisher@gtlaw.com

 *Attorneys for Defendants Quasar Science LLC,*
 *Sony Pictures Entertainment Inc., Warner Bros. Entertainment Inc.,*
 *and Fox Corporation*

Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
920 North King Street Wilmington, DE 19801
Telephone: (302) 651-7869
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant Cinelease, Inc.*

                                                      /s/ Dean Amburn
                                                      Dean Amburn (#7295)
                                                      David Holloway (#5762)
                                                      AMBURN LAW, LLC
                                                      1504 N. Broom St., Suite 1
                                                      Wilmington, DE 19806
                                                      302-285-9485
                                                      dwa@amburnlaw.com
                                                      dholloway@amburnlaw.com