**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

COLT INTERNATIONAL CLOTHING,
INC. d/b/a COLT LED,

          Plaintiff,

      v.

QUASAR SCIENCE LLC, CINELEASE,
INC., SONY PICTURES
ENTERTAINMENT INC., WARNER
BROS. ENTERTAINMENT INC., and
FOX CORPORATION,

        Defendants.

Civil Action No. 1:22-cv-00213-WCB

**STIPULATION AND ORDER EXTENDING**
**DEADLINE FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiff Colt International Clothing, Inc. d/b/a Colt LED ("Plaintiff") and Defendants Quasar Science LLC, Cinelease, Inc., Sony Pictures Entertainment Inc., Warner Bros. Entertainment Inc., and Fox Corporation (collectively, "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1.      On September 19, 2025, the Court issued its Order (Dkt. No. 235) on Defendants' motions to dismiss (Dkt. Nos. 40 [Cinelease, Inc.], 51 [Quasar Science LLC], and 54 [Sony Pictures Entertainment Inc., Warner Bros. Entertainment, Inc., and Fox Corporation]).

2.      Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants' Answers and Counterclaims are presently due to be filed on December 5, 2025. *See* Dkt. No. 248.

3.      The Parties are engaging in settlement discussions. In light of these ongoing discussions, the Parties stipulate and respectfully request that the Court extend the deadline for all Defendants to file their Answers and Counterclaims to December 12, 2025.

Dated: December 5, 2025                          STIPULATED AND AGREED TO BY:


/s/ David Holloway                               /s/ Renée Mosley Delcollo
David Holloway (#5762)                           Benjamin J. Schladweiler (#4601)
Dean Amburn                                      Renée Mosley Delcollo (#6442)
AMBURN LAW, LLC                                  GREENBERG TRAURIG, LLP
1504 N. Broom St., Suite 1                       222 Delaware Avenue, Suite 1600
Wilmington, DE 19806                             Wilmington, DE 19801
Tel: (302) 394-6030                              Tel: (302) 661-7000
dholloway@amburnlaw.com                          schladweilerb@gtlaw.com
dwa@amburnlaw.com
                                                 David M. Magee
OF COUNSEL:                                      Karl T. Fisher
                                                 GREENBERG TRAURIG, LLP
Robert Katz                                      One International Place, Suite 2000
KATZ PLLC                                        Boston, MA 02110
8350 N. Central Expressway, Suite 1900           Tel: (617) 310-6035
Dallas, TX 75206                                 david.magee@gtlaw.com
Tel: (469) 278-5999                              karl.fisher@gtlaw.com
rkatz@katzfirm.com
                                                 *Attorneys for Defendants Quasar Science LLC,*
*Attorneys for Plaintiff Colt International*     *Sony Pictures Entertainment Inc., Warner*
*Clothing, Inc. d/b/a Colt LED*                  *Bros. Entertainment Inc., and Fox Corporation*


                                                 /s/ Kelly E Farnan
                                                 Kelly E. Farnan (#4395)
                                                 Sara M. Metzler (#6509)
                                                 Richards, Layton & Finger, P.A.
                                                 920 North King Street
                                                 Wilmington, DE 19801
                                                 Telephone: (302) 651-7869
                                                 farnan@rlf.com
                                                 metzler@rlf.com

                                                 *Attorneys for Defendant Cinelease, Inc.*


IT IS SO ORDERED, this ___8th___ day of ___December___, 2025, that the deadline for
Defendants to file Answers and Counterclaims is extended to December 12, 2025.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

2