# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLT INTERNATIONAL CLOTHING, INC. d/b/a COLT LED, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 22-213-WCB<br>) |
| QUASAR SCIENCE LLC, CINELEASE, INC., SONY PICTURES ENTERTAINMENT INC., WARNER BROS. ENTERTAINMENT INC., FOX CORPORATION, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF SETTLEMENT

Plaintiff COLT INTERNATIONAL CLOTHING, INC. d/b/a COLT LED and Defendants QUASAR SCIENCE LLC, CINELEASE, INC., SONY PICTURES ENTERTAINMENT INC., WARNER BROS. ENTERTAINMENT INC., FOX CORPORATION, by and through their undersigned counsel, hereby notify the Court the Parties have agreed to settlement and will file dismissal papers within 14 days.

[*Remainder of Page Intentionally Left Blank*]

1

Dated: December 12, 2025

| | |
|---|---|
| **Amburn Law, LLC** | **RICHARDS, LAYTON & FINGER, P.A.** |
| /s/ *Dave Holloway* | /s/ *Kelly E. Farnan* |
| David Holloway (#5762) | Kelly E. Farnan (#4395) |
| Dean Amburn (#7295) | Sara M. Metzler (#6509) |
| Amburn Law, LLC | Richards, Layton & Finger, P.A. |
| 1504 N. Broom St., Suite 1 | One Rodney Square |
| Wilmington, DE 19806 | 920 North King Street |
| Tel: (302) 394-6030 | Wilmington, DE 19801 |
| dholloway@amburnlaw.com | (302) 651-7700 |
| dwa@amburnlaw.com | farnan@rlf.com |
| | metzler@rlf.com |
| OF COUNSEL: | |
| | *Attorneys for Defendant Cinelease, Inc.* |
| Robert Katz KATZ PLLC | |
| 8350 N. Central Expressway, Suite 1900 | **GREENBERG TRAURIG, LLP** |
| Dallas, TX 75206 | |
| Tel: (469) 278-5999 | /s/ *Benjamin J. Schladweiler* |
| rkatz@katzfirm.com | Benjamin J. Schladweiler (#4601) |
| | Renée Mosley Delcollo (#6442) |
| *Attorneys for Plaintiff Colt International Clothing, Inc. d/b/a Colt LED* | GREENBERG TRAURIG, LLP |
| | 222 Delaware Avenue, Suite 1600 |
| | Wilmington, DE 19801 |
| | Tel: (302) 661-7000 |
| | schladweilerb@gtlaw.com |
| | renee.delcollo@gtlaw.com |
| | |
| | David M. Magee (pro hac vice) |
| | Karl T. Fisher (pro hac vice) |
| | GREENBERG TRAURIG, LLP |
| | One International Place, Suite 2000 |
| | Boston, MA 02110 |
| | Tel: (617) 310-6035 |
| | david.magee@gtlaw.com |
| | karl.fisher@gtlaw.com |
| | |
| | *Attorneys for Defendants Quasar Science LLC, Sony Pictures Entertainment Inc, Warner Bros. Entertainment Inc, and Fox Corporation* |