IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLT INTERNATIONAL CLOTHING, INC. d/b/a COLT LED,<br><br>                Plaintiff,<br><br>        v.<br><br>QUASAR SCIENCE LLC, CINELEASE, INC., SONY PICTURES ENTERTAINMENT INC., WARNER BROS. ENTERTAINMENT INC., and FOX CORPORATION,<br><br>                Defendants. | C.A. No. 22-cv-213-WCB |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND REQUEST FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT**

Plaintiff Colt International Clothing, Inc. ("Colt") and Defendants Quasar Science LLC, Cinelease, Inc., Sony Pictures Entertainment Inc., Warner Bros. Entertainment Inc., and Fox Corporation ("Defendants") hereby jointly stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss with prejudice and preclusive effect all claims asserted in the above-captioned action, with no rights of appeal and with each party bearing its own costs and fees.

The parties further jointly request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement entered into by the parties as set forth in the Proposed Order submitted herewith.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: December 30, 2025 | Respectfully submitted, |
| **Amburn Law, LLC** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Dave Holloway* <br> David Holloway (#5762) <br> Dean Amburn (#7295) <br> Amburn Law, LLC <br> 1504 N. Broom St., Suite 1 <br> Wilmington, DE 19806 <br> Tel: (302) 394-6030 <br> dholloway@amburnlaw.com <br> dwa@amburnlaw.com | */s/ Kelly E. Farnan* <br> Kelly E. Farnan (#4395) <br> Sara M. Metzler (#6509) <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> metzler@rlf.com |
| OF COUNSEL: | *Attorneys for Defendant Cinelease, Inc.* |
| Robert Katz KATZ PLLC <br> 8350 N. Central Expressway, Suite 1900 <br> Dallas, TX 75206 <br> Tel: (469) 278-5999 <br> rkatz@katzfirm.com | **GREENBERG TRAURIG, LLP** |
| *Attorneys for Plaintiff Colt International Clothing, Inc. d/b/a Colt LED* | */s/ Renée Mosley Delcollo* <br> Benjamin J. Schladweiler (#4601) <br> Renée Mosley Delcollo (#6442) <br> GREENBERG TRAURIG, LLP <br> 222 Delaware Avenue, Suite 1600 <br> Wilmington, DE 19801 <br> Tel: (302) 661-7000 <br> schladweilerb@gtlaw.com <br> renee.delcollo@gtlaw.com |
| | David M. Magee (*pro hac vice*) <br> Karl T. Fisher (*pro hac vice*) <br> GREENBERG TRAURIG, LLP <br> One International Place, Suite 2000 <br> Boston, MA 02110 <br> Tel: (617) 310-6035 <br> david.magee@gtlaw.com <br> karl.fisher@gtlaw.com |
| | *Attorneys for Defendants Quasar Science LLC, Sony Pictures Entertainment Inc, Warner Bros. Entertainment Inc, and Fox Corporation* |

.